# Notice Recipients

District/Off: 0205−2     User: admin     Date Created: 03/12/2025
Case: 24−21154     Form ID: 318     Total: 54

**Recipients of Notice of Electronic Filing:**
tr     Bonnie C. Mangan     Trusteemangan@yahoo.com
aty    Bonnie C. Mangan     Trusteemangan@yahoo.com
aty    Wayne O'Brien McCook     waynemccook@mccooklawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Robert Nolan Brandon Whitworth, Jr.     160 Windermere Ave     Ellington, CT 06029
9534996  ADC Holdings NE, LLC     Attn: Bankruptcy Dept.     300 Toll Gate Rd Ste 303     Warwick, RI 02886
9535001  AMR Global Medical Response     Attn: Bankruptcy Dept.     PO Box 8301     Pompano Beach, FL 33075−8301
9534997  Advanced Orthopedics NE, P.C.     Attn: Bankruptcy Dept.     PO Box 14099     Belfast, ME 04915
9534998  Ainsworth Gorkin PLLC     P.O. Box 605     New York, NY 10038
9534999  American Express     Attn: Bankruptcy Dept.     115 W. Towne Ridge Parkway     Sandy, UT 84070
9535000  Amex     Attn: Bankruptcy Dept.     Po Box 981540     El Paso, TX 79998
9535002  Bank of America     Attn: Bankruptcy Dept.     4909 Savarese Circle     Tampa, FL 33634
9535003  Capital One     Attn: Bankruptcy Dept.     Po Box 30285     Salt Lake City, UT 84130
9535004  Chime     Attn: Bankruptcy Dept.     PO Box 417     San Francisco, CA 94108
9535005  Christopher Moylan, ESQ.     1699 King St #207     Enfield, CT 06082
9535006  Connecticut DMV     Attn: Bankruptcy Dept.     60 State St.     Hartford, CT 06161
9535007  Connex Cu     Attn: Bankruptcy Dept.     412 Washington Avenue     North Haven, CT 06473
9535008  Credit One Bank     Attn: Bankruptcy Dept.     6801 Cimarron Rd     Las Vegas, NV 89113
9535009  D&A Services, LLC     Attn: Bankruptcy Dept     1400 E. Touhy Ave, Ste. G2     Des Plaines, IL 60018
9535010  Digital Federal Credit Union     Attn: Bankruptcy Dept.     220 Donald Lynch Blvd     Marlborough, MA 01752
9535011  Discover Financial     Attn: Bankruptcy Dept.     Po Box 3025     New Albany, OH 43054
9535012  Divvy/Cross River Bank     Attn: Bankruptcy Dept.     400 Kelby St     Fort Lee, NJ 07024
9535014  ECMP Manchester Cardiology     Attn: Bankruptcy Dept.     1801 W Olympic Blvd File 2201     Pasadena, CA 91199−2201
9535013  Eastern CT Health Network     Attn: Bankruptcy Dept.     P.O. Box 510510     Livonia, MI 48151
9535015  Emergency Care SVC of CT PC     Attn: Bankruptcy Dept.     71 Haynes St     Manchester, CT 06040−4131
9535016  Erica Gesing, ESQ.     1699 King St #207     Enfield, CT 06082
9535017  Estate Information Services     Attn: Bankruptcy Dept.     P.O. Box 1730     Reynoldsburg, OH 43068
9535018  Eversource     Attn: Bankruptcy Dept.     PO Box 56004     Boston, MA 02205−6004
9535019  First Corporate Solutions INC.     Attn: Bankruptcy Dept.     914 S St     Sacramento, CA 95811
9535020  Global Merchant Cash Inc.     Attn: Bankruptcy Dept.     64 Beaver St     Ste 415     New York, NY 10004
9535023  HRRG     Attn: Bankruptcy Dept.     PO Box 5406     Cincinnati, OH 45273−7942
9535021  Hartford Healthcare     Attn: Bankruptcy Dept.     P.O. Box 4116     Gaithersburg, MD 20885−4116
9535022  Holiday Inn Club Vacations Inc     Attn: Bankruptcy Dept.     PO Box 791362     Baltimore, MD 21279−1362
9535024  Internal Revenue Services     Attn: Bankruptcy Dept.     PO Box 7346     Philadelphia, PA 19101−7346
9535025  James Spillman     433 Silas Deane Hwy     2nd Fl     Wethersfield, CT 06109
9535026  London & London     Attn: Bankruptcy Dept.     48 Christian Lane     Newington, CT 06111
9535027  Mercedes − Benz Financial Svcs     Attn: Bankruptcy Dept.     P.O. Box 685     Roanoke, TX 76262
9535028  Michael Iacurci, Esq.     70 Wall St     Madison, CT 06443
9535029  Mikhail Usher, Esq.     1022 Ave P, 2nd Fl     Brooklyn, NY 11223
9535031  NE Emerg Med Specialists LLC     Attn: Bankruptcy Dept.     PO Box 414521     Boston, MA 02241−4521
9535030  Navient     Attn: Bankruptcy Dept.     Po Box 9635     Wilkes Barre, PA 18773
9535032  Orange Lake Resorts     Attn: Bankruptcy Dept.     8505 W. Irlo Bronson     Memorial Hwy     Celebration, FL 34747
9535033  Resurgent Capital Services     Attn: Bankruptcy Dept.     P.O. Box 10497     Greenville, SC 29603
9535034  Rubin & Rothman, LLC     Attn: Bankruptcy Dept.     P.O. Box 9003     Islandia, NY 11749
9535035  Starling Physicians     Attn: Bankruptcy Dept.     2110 Silas Deane Hwy     Rocky Hill, CT 06067
9535036  State of Connecticut     Attn: Dept. of Revenue Svc.     450 Columbus Blvd.     Hartford, CT 06103
9535037  The Connecticut Water Company     Attn: Bankruptcy Dept.     P.O. Box 981015     Boston, MA 02298−1015
9535038  Town of Ellington     Attn: Tax Assessor     55 Main Street     Ellington, CT 06029
9535039  Town of Vernon     Attn: Tax Assessor     8 Park Pl     Vernon Rockville, CT 06066
9535040  U.S. Small Business Admin     Attn: Office of Gen. Counsel     409 3rd St SW     Suite 320     Washington, DC 20416
9535041  U.S. Small Business Administra     Attn: Bankruptcy Dept.     2 North St     Birmingham, AL 35203

| | | | | |
|---|---|---|---|---|
| 9535042 | U.S. Small Business Administra | Attn: Bankruptcy Dept. | 280 Trumbull St | Hartford, CT 06103 |
| 9535043 | Usher Law Group | 1022 Ave P, 2nd Fl | Brooklyn, NY 11223 | |
| 9535044 | Yeshaya Gorkin, Esq. | P.O. Box 605 | New York, NY 10038 | |
| 9535045 | Zwicker & Associates, P.C. | 1699 King St. #207 | Enfield, CT 06082 | |

TOTAL: 51